| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
| --- | --- | --- |
| | | LAREDO DIVISION |

| UNITED STATES OF AMERICA | CRIMINAL NO. 5:24-CR-439 |
| --- | --- |
| *VERSUS* - - - - - - - - - - - - - - - | |
| PONCE ET AL | **EXHIBIT LIST** |
| JUDGE JOHN A. KAZEN | CASE MANAGER: JESSICA RODRIGUEZ |
| LIST OF | PROCEEDING: MOTION TO SUPPRESS |
| ■ GOVERNMENT        □ DEFENDANT(S) | DATE: |

| NO. | DESCRIPTION | OBJ | ADM | NOT ADM | DATE |
| --- | --- | --- | --- | --- | --- |
| 1 | MULTIPLE SALES REPORT | | | | |
| 2 | MEXICO TRACE REPORT | | | | |
| 3 | SALES RECEIPTS | | | | |
| 4 | FORM 4473 - PONCE | | | | |
| 5 | FORMS 4473 - FLORES | | | | |
| 6 | FORMS 4473 - TOVAR | | | | |
| 7 | VIDEO - INTERIOR EBP SANB 1540 | | | | |
| 8 | VIDEO - PARKING LOT EBP MINES | | | | |
| 9 | VIDEO - INTERIOR EBP MINES | | | | |
| 10 | VIDEO - PARKING LOT EBP SANB 1920 | | | | |
| 11 | VIDEO - INTERIOR EBP SANB 1920 | | | | |
| 12 | VIDEO - TRAFFIC STOP | | | | |
| 13 | VIDEO - TRAFFIC STOP ENCOUNTER | | | | |
| 14 | FIREARM (RIGHT SIDE) | | | | |
| 15 | FIREARM (MODEL-CAL-SERIAL) | | | | |
| 16 | LPD CITATION | | | | |
| 17 | LPD CASE REPORT | | | | |
| 18 | MIRANDA WARNING (PONCE) | | | | |
| 19 | AUDIO - PONCE INTERVIEW | | | | |