UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | CRIMINAL NO.: 5:24-CR-439 |
| | § | |
| ANGELA RUBY PONCE | § | |

**ADVISORY TO THE COURT REGARDING FORFEITURE**

Now comes the United States in the above reference cause for the purpose of advising the Court of its intent to not seek a final order of criminal forfeiture for the following firearms:

| | DATE | MAKE | MODEL | SERIAL NUMBER |
| --- | --- | --- | --- | --- |
| 1. | January 25, 2024 | Smith & Wesson | SD9 | EFB2134 |
| 2. | January 25, 2024 | Smith & Wesson | SD9 | EFB2613 |
| 3. | February 5, 2024 | Century Arms | VSKA | SV7019254 |
| 4. | March 5, 2024 | DPMS Panther | Arms A-15 | F203663 |
| 5. | March 12, 2024 | Taurus Arms | G3 | ACA408444 |
| 6. | March 12, 2024 | Bul Armory | Cherokee | SP-15244 |
| 7. | March 13, 2024 | Taurus Arms | G3 | ADG440629 |
| 8. | March 13, 2024 | Taurus Arms | G3C | ADK746020 |
| 9. | March 14, 2024 | Aero Precision | M4 | X0003864 |
| 10. | March 14, 2024 | Savage Arms | SR-15 | 03-000869 |
| 11. | March 14, 2024 | Alex Pro Firearms | APF-15 | R001657 |
| 12. | March 14, 2024 | Radical Firearm | RF-15 | 2-001849 |

The United States does not intend to seek criminal forfeiture of the firearms identified in items 1-11 for the reason that they were never found and seized by the United States. As to item 12, Radical Firearm RF-15, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) administratively forfeited the above-described property on July 18, 2024. A Final Order of Forfeiture is, therefore, no longer necessary.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

BY:

_/s/ Bryan L. Oliver_
Bryan L. Oliver
Assistant United States Attorney
11204 McPherson Road, Suite 100A
Laredo, Texas 78045
(956) 723-6523

## CERTIFICATE OF SERVICE

I certify that on August 6, 2024, a copy of this *Advisory to the Court Regarding Forfeiture* was served upon all parties of record via Electronic Case Filing (ECF).

_/s/ Bryan L. Oliver_
Bryan L. Oliver
Assistant United States Attorney